BENJAMIN KOO, ESQ. (CA SBN 198324)
JOYCE J. CHO, ESQ. (CA SBN 256165)
**BENJAMIN KOO & ASSOCIATES**
3600 Wilshire Boulevard, Ste. 1608
Los Angeles, California 90010
Phone: (213) 388-5555
Fax:    (213) 385-1007
joyce.cho@gmail.com

Attorneys for Plaintiff,
HONG KIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HONG KIM, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LYDIAN PRIVATE BANK DBA VIRTUALBANK; KEYCORP DBA KEYBANK; AZTEC FORECLOSURE CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: ED CV 09-02149 SJO (OPx)<br>Honorable S. James Otero<br>Dept. 1<br><br>**STIPULATION OF DISMISSAL**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

　　The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice as follows:

　　1.　WHEREAS, Defendants LYDIAN PRIVATE BANK DBA VIRTUALBANK; KEYCORP DBA KEYBANK; AZTEC FORECLOSURE CORPORATION, a California corporation, have incurred costs and fees to defend this action.

　　2.　WHEREAS, WHEREAS, Defendants LYDIAN PRIVATE BANK DBA VIRTUALBANK; KEYCORP DBA KEYBANK; AZTEC FORECLOSURE CORPORATION, a California corporation, agree to waive any claims for costs and fees in defending this action.

3. THEREFORE, in exchange for waiving costs and fees incurred, Plaintiff agrees to dismiss this action with prejudice against Defendants LYDIAN PRIVATE BANK DBA VIRTUALBANK; KEYCORP DBA KEYBANK; AZTEC FORECLOSURE CORPORATION, a California corporation.

DATED: February 19, 2010            BENJAMIN KOO & ASSOCIATES

                                    By____/s/ Joyce J. Cho_____
                                      Joyce J. Cho, Esq.
                                      joyce.cho@gmail.com
                                      Attorneys for Plaintiff, HONG KIM

DATED: February 19, 2010            HOUSER & ALLISON

                                    By____/s/ Brian S. Edwards_____
                                      Brian S. Edwards, Esq.
                                      bedwards@houser-law.com
                                      Attorneys for Defendant, VIRTUAL BANK,
                                      A DIVISION OF LYDIAN PRIVATE
                                      BANK

DATED: February 19, 2010            WILLINKEN WILSON LOH & LIEB, LLP

                                    By____/s/ Eileen M. Ahern_____
                                      Eileen M. Ahern, Esq.
                                      eahern@willenken.com
                                      Attorneys for Defendant, KEYCORP DBA
                                      KEYBANK

DATED: February 19, 2010            WRIGHT, FINLAY & ZAK, LLP

                                    By____/s/ Nicole K. Neff_____
                                      Nicole K. Neff, Esq.
                                      nneff@wrightlegal.net
                                      Attorneys for Defendant, AZTEC
                                      FORECLOSURE CORPORATION

1 | BENJAMIN KOO, ESQ. (CA SBN 198324)
    JOYCE J. CHO, ESQ. (CA SBN 256165)
2 | ***BENJAMIN KOO & ASSOCIATES***
    3600 Wilshire Boulevard, Ste. 1608
3 | Los Angeles, California 90010
4 | Phone: (213) 388-5555
    Fax:   (213) 385-1007
5 | Joyce.cho@gmail.com

6 | Attorneys for Plaintiffs,
7 | HONG KIM

8 |                    UNITED STATES DISTRICT COURT
9 |           CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10 |

11 | HONG KIM, an individual,                   Case No.: ED CV 09-02149 SJO (OPx)
12 |           Plaintiff,
13 |    vs.                                     **CERTIFICATE OF SERVICE**
14 |
15 | LYDIAN PRIVATE BANK DBA
     VIRTUALBANK; KEYCORP DBA
16 | KEYBANK; AZTEC FORECLOSURE
     CORPORATION, a California corporation;
17 | and DOES 1 through 10, inclusive,
18 |
           Defendants.
19 |

20 |
21 |       I certify that, prior to 5:00 p.m. on **March 2, 2010**, I placed a true and correct copy of the
22 | STIPULATION OF DISMISSAL and [PROPOSED] ORDER RE: STIPULATION OF
23 | DISMISSAL, together with all attachments, exhibits, and supporting papers, in the United States
24 | mail, in properly-addressed envelopes, with first class postage duly paid and affixed to the
25 | envelopes, and with the envelopes addressed to:
26 |
27 |
28 |

                                        1
                              CERTIFICATE OF SERVICE

1. Eric D. Houser, Esq.
   Brian S. Edwards, Esq.
   HOUSER & ALLISON
   A Professional Corporation
   9970 Research Drive
   Irvine, CA 92618

2. Jason H. Wilson, Esq.
   Eileen M. Ahern, Esq.
   WILLENKEN WILSON LOH & LIEB LLP
   707 Wilshire Blvd., Suite 3850
   Los Angeles, CA 90017

3. Robin Prema Wright, Esq.
   Nicole K. Neff, Esq.
   WRIGHT, FINLAY & ZAK, LLP
   4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660

I declare under penalty of perjury that all of the statements made in this "Certificate of Service" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

This Certificate was executed on March 2, 2010 at Los Angeles, California.

By: ___/s/ Michael Chun_____
Michael Chun